# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2041
Lower Tribunal No. 2024-CC-014427

_____

ROBERT A. DAVIS,

Appellant,

v.

10091 TL MANAGER, LLC,

Appellee.

_____

Appeal from the County Court for Orange County.
Cherish Adams, Judge.

March 10, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


Robert A. Davis, Orlando, pro se.

Kenneth J. Lowenhaupt, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED